UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OHIO & VICINITY CARPENTERS'
FRINGE BENEFIT FUNDS, INC.,

        Plaintiff,                      Case No. 2:18-cv-1073
                                              JUDGE GEORGE C. SMITH
  v.                                              Magistrate Judge Jolson

HARRIS INDUSTRIAL SERVICES,

        Defendant.

## ORDER FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT HARRIS INDUSTRIAL SERVICES

This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. 7) and Motion to Alter Judgment (Doc. 8). Upon the entry of Default being entered by this Court against Defendant HARRIS INDUSTRIAL SERVICES (Harris), and the Court being otherwise fully advised of the premises;

**IT IS HEREBY ORDERED** that:

A.     Judgment is entered against Defendant Harris in the amount of $11,894.52.

B.     That the Defendant is enjoined from any further breach of the Collective Bargaining Agreement as same relates in any way to the payment of contributions to Plaintiff Fund.

C.     That jurisdiction of this matter is retained pending compliance with the Court's orders.

**IT IS SO ORDERED.**

                                                  *s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**